IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01549-MSK-MEH

DAVID A. HARBERSON,

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY, referred to and doing business as Unum, doing business as Unum Disability, and doing business as UnumProvident, and
UNUM GROUP, referred to and doing business as Unum, doing business as Unum Disability, doing business as UnumProvident, and formerly known as UNUM Corp.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2011.**

    The Stipulated Motion for Protective Order Regarding Confidential Information [filed March 25, 2011; docket #51] is **granted**. The proposed protective order is accepted and entered contemporaneously with this minute order.