IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  10-cv-01549-MSK-MEH | Date:  May 31, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| DAVID A. HARBERSON, | Dennis P. Walker |
| | James V. Pearson |
| Plaintiff, | |
| vs. | |
| THE PAUL REVERE LIFE INSURANCE COMPANY, | Jack M. Englert, Jr. |
| d/b/a Unum, d/b/a Unum Disability, d/b/a Unum Provident; and | Robert M. Thomas |
| UNUM GROUP, d/b/a Unum, d/b/a Unum Disability, | |
| d/b/a Unum Provident, f/k/a UNUM Corporation, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     8:44 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Compel Written Discovery Responses and Disclosures (Doc. #59, filed 5/17/11).

| | |
|---|---|
| 9:28 a.m. | Off the record. |
| 9:29 a.m. | Continued argument and discussion regarding Plaintiff's motion. |
| 9:41 a.m. | Off the record to hear another matter. |
| 9:43 a.m. | On the record.  Continued argument and discussion regarding Plaintiff's motion. |

Discussion regarding Defendants' answer to the amended complaint.

**ORDERED:**  1.   Plaintiff's Motion to Compel Written Discovery Responses and Disclosures (Doc. #59, filed 5/17/11) is GRANTED in part and DENIED in part as stated on the record.  Defendants shall provide the information ordered to be produced or supplemented on or before **June 24, 2011.**

2.   Defendants' answer to Plaintiff's amended complaint is due on or before **June 17, 2011.**

       3.       Counsel shall file a Joint Status Report regarding the outcome of mediation on or before **June 22, 2011.**

**Court in recess:**     **11:35 a.m.  (Hearing concluded)**
**Total time in court:**  2:49